JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. SERRANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC, a limited liability company,<br><br>　　　　　　Defendant. | Case No. CV 19-3912-DMG (ASx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order granting Defendant's unopposed motion to confirm arbitration award [Doc. # 44],

　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant BMW of North America, LLC, and against Plaintiff Juan C. Serrano.

DATED: May 12, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-